John Montgomery, Plaintiff in Error, v. H. L. DeLaney, Sheriff of Hendry County, Florida, Defendant in Error.

Writ of error dismissed on motion of Plaintiff in Error.
*Sheppard & Clements,* for Plaintiff in Error.
*Guy M. Strayhorn,* for Defendant in Error.

Joseph Deutsch, Appellant, v. Coral Gables Securities Corporation, a Florida corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.
*Price, Price & Hancock,* for Appellant.
*Benjamin E. Carey,* for Appellees.

W. C. Ray, *et al.,* Petitioner, v. T. W. Penuel, *et al.,* Respondents.

Cause dismissed on motion of counsel for Petitioner.
*S. Whitehurst Sons* and *H. M. Hampton,* for Petitioner.
*Frank R. Greene,* for Respondents.

Board of Public Instruction for the County of Manatee, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.* F. A. Moraine, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.
*D. R. Peacock,* for Plaintiffs in Error.
*R. E. Kurtz,* for Defendant in Error.